IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIM L. PROVITT, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CIVIL ACTION NO. 2:10cv1056-CSC )                           (WO) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
|     Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, it is

ORDERED AND ADJUDGED that the decision of the Commissioner be and is hereby AFFIRMED and that this case be and is hereby DISMISSED with prejudice. It is further

ORDERED that costs be and are hereby taxed against the plaintiff for which execution may issue.

Done this 13th day of January, 2012.

                                                        /s/Charles S. Coody
                                                        CHARLES S. COODY
                                                        UNITED STATES MAGISTRATE JUDGE